# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00511-CV

## In re Rhett Webster Pease

### ORIGINAL PROCEEDING FROM LEE COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus and prohibition is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Waldrop and Henson

Filed: August 19, 2008